SLR:KAN
F.#2003R02536
F.#2003V03018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                **ORDER**

    - against -

WILLIAM G. BROWN and                    CR. NO. 04-159 (S-1)
VLAD GOLDENBERG                         (NGG)

            Defendants.

- - - - - - - - - - - - - - - - -X

WHEREAS, on or about January 4, 2006, the Court entered an Amended Preliminary Order of Forfeiture in which the defendants, WILLIAM G. BROWN ("BROWN") AND VLAD GOLDENBERG ("GOLDENBERG") were ordered to forfeit all their right title and interest in the following assets (collectively, the "Forfeited Assets"): (a) one million, two hundred thirty-one thousand, four hundred thirty-eight dollars and twenty cents ($1,231,438.20) in United States currency (the "Forfeiture Money Judgment"), and (b) the real property known as 100 St. Mary's Avenue, Staten Island, New York ("100 St. Mary's");

WHEREAS, on or about December 8, 2006 and June 22, 2007, the Court sentenced the defendants, BROWN and GOLDENBERG, respectively to pay restitution in the sum of fourteen million, five hundred sixty-three thousand, eight hundred forty dollars and thirty cents ($14,563,840.30) and two million, nine hundred

seventy-two thousand, eight hundred forty dollars and fourteen cents (2,972,840.14);

WHEREAS, on or about November 2, 2009, the Court entered a Final Order of Forfeiture (i) forfeiting all of the defendant's right, title, and interest in the Forfeited Assets, (ii) ordering that the United States shall have clear title to the Forfeited Assets, and (iii) directing the United States Marshals Service to dispose of the Forfeited Assets in accordance with all applicable law;

WHEREAS, to date the defendants have made no payments toward the Forfeiture Money Judgment; and

WHEREAS, the proceeds of the sale of 100 St. Mary's were received by the United States; and

WHEREAS, the U.S. Department of Justice, Asset Forfeiture and Money Laundering Section, has approved the request to apply proceeds of the sale of 100 St. Mary's towards the defendants restitution obligations;

NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1. The United States Marshals Service shall transfer the proceeds of the sale of 100 St. Mary's to the Clerk of the Court for the Eastern District of New York. The United States Marshals Service shall reference the above-captioned case on such payments as follows <u>U.S. v. William Brown</u>, CR-04-0159.

2. The Clerk of the Court is directed to accept said monies for the application towards the restitution judgments imposed against BROWN and GOLDENBERG, on or about December 8, 2006, respectively, to notify the Financial Litigation Unit of the United States Attorney's Office for the Eastern District of New York of receipt of said monies, and distribute the funds to the victims entitled to restitution forthwith.

3. In the event that the restitution orders become void, prior to disposition of the funds, or in the event that the restitution orders are otherwise satisfied, either in whole or in part, the Clerk of the Court shall return the monies or any surplus monies to the United States Marshals Service for the Eastern District of New York for disposition in accordance with law.

4. The Clerk of the Court shall forward four (4) certified copies of this Order to the United States Attorney's Office for the Eastern District of New York, Attention: FSA, Asset Forfeiture Paralegal Maritza Arroyo, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
April 6, 2010

s/Nicholas G. Garaufis
_____
HONORABLE NICHOLAS GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK